Charles E. Coulson, Lake County Prosecuting Attorney, and Alana A. Rezaee, Assistant Prosecuting Attorney, for appellee.

R. Paul LaPlante, Lake County Public Defender, and Vanessa R. Clapp, Supervising Attorney, for appellant.

---

THE STATE OF OHIO, APPELLEE, *v.* COOKE, APPELLANT.

[Cite as *State v. Cooke,* 120 Ohio St.3d 356, 2008-Ohio-6321.]

(No. 2008–0522—Submitted October 14, 2008—Decided December 11, 2008.)

---

{¶ 1} The cause is remanded to the court of appeals for further consideration in view of our opinion in *State v. Kalish*, 120 Ohio St.3d 23, 2008-Ohio-4912, 896 N.E.2d 124.

MOYER, C.J., and PFEIFER, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

LUNDBERG STRATTON, J., dissents.

---

Robin N. Piper, Butler County Prosecuting Attorney, and Daniel G. Eichel, Assistant Prosecuting Attorney, for appellee.

Charles M. Conliff, for appellant.